III, and *Coleman and Hyman,* for appellant; *Henry R. Newton,* and *Gross, Herster & Newton,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Adams, Appellant.

Submitted December 3, 1973. *Timothy A. Crawford, Jr.,* for appellant; *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Adams, Appellant.

Argued December 11, 1973. *Peter J. O'Brien,* for appellant; *James F. Marsh,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth, Appellant, *v.* Andes.

Argued December 10, 1973. *Ronald L. Buckwalter,* First Assistant